IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10004-15-STA |
| JERMAINE TEMPLE, ) | |
| Defendant. ) | |

---

ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING

---

This cause came to be heard on June 5, 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Jermaine Temple, appearing in person, and with counsel, Lloyd Tatum.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, SEPTEMBER 22, 2017 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 5th day of June, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT